DOUGLAS L. ELLIMAN & CO., INC., Appellant, *v.* STERLING GARAGE, INC., Respondent.

Argued November 17, 1952; decided December 4, 1952.

*Alexander Pfeiffer* and *Clarence S. Barasch* for appellant. *Philip Robbins* and *Adolph S. Ziegler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.